EDITH DORNBUSCH, Respondent, *v.* WILLIAM F. DORN-
BUSCH, Appellant.

*Husband and wife — loans — action by wife to recover money alleged to
have been loaned to husband.*

*Dornbusch* v. *Dornbusch*, 220 App. Div. 759, affirmed.

(Argued December 13, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 31, 1927, affirming a judgment in favor of
plaintiff entered upon a verdict. The action, wife against
husband, was to recover money alleged to have been
loaned. The answer denied the making of the alleged
loans and as a separate defense alleged that plaintiff had
turned over to defendant a sum of money for safekeeping
which he had repaid.

*John H. Jackson* for appellant.

*Benjamin Frindel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.